IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CHRIS BURRIS                                                      PLAINTIFF

v.                          No. 11-1051

TONYA CLEMENTS, Store Clerk,
Tobacco Superstore; DETECTIVE
TODD SURBER, El Dorado Police
Department and LIEUTENANT NICHOLAS,
El Dorado Police Department                                       DEFENDANTS

## ORDER

Now on this 28th day of November 2011, there comes on for consideration the report and recommendation filed herein on November 2, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion for leave to proceed IFP (doc. 1) is DENIED and the Complaint is DISMISSED as the claims asserted are frivolous, fail to state claims upon which relief may be granted, or are not cognizable. *See* 28 U.S.C. § 1915(e)(2)(B)(i-ii). Further, the U.S. District Clerk is directed to collect the $350 filing fee pursuant to the terms of the Prison Litigation Reform Act. *See e.g., In re Tyler*, 110

F.3d 528, 529-30 (8th Cir. 1997)(Under PLRA, prisoners are responsible for filing fees from the moment the civil action is filed).

    IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge