IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CHRIS BURRIS                                                    PLAINTIFF

   v.                       No. 11-1051

TONYA CLEMENTS, Store Clerk,
Tobacco Superstore; DETECTIVE
TODD SURBER, El Dorado Police
Department and LIEUTENANT NICHOLAS,
El Dorado Police Department                                    DEFENDANTS

## ORDER

Now on this 10th day of February 2012, there comes on for consideration Plaintiff's *pro se* motion requesting the Court to reconsider its order adopting the Magistrate's report and recommendation, denying his motion for leave to proceed IFP and dismissing his case as the claims asserted are frivolous, fail to state claims upon which relief may be granted, or are not cognizable. *See* 28 U.S.C. § 1915(e)(2)(B)(i-ii).

Plaintiff contends he requested an extension of time to object to the report and recommendation, however, nothing was received by the Court. In any event, Plaintiff set forth the substance of his objections in the current motion, and the Court has reviewed the matter *de novo*. Plaintiff'S objections are non-specific and do not address the reasons for the dismissal of his claims as set forth in the report and recommendation (doc. 6) or the order adopting the Magistrate's recommendation (doc.

7).    Plaintiff's Motion should be and hereby is DENIED (doc. 9).

    IT IS SO ORDERED.

                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge